# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ELLEN PAGE,**

      **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　Case No.: 2:17-cv-646
　　　　　　　　　　　　　　　　　　　　　　**JUDGE GEORGE C. SMITH**
　　　　　　　　　　　　　　　　　　　　　　**Magistrate Judge Jolson**

**SANDRA SHORE,**

      **Defendant.**

## ORDER

On August 4, 2017, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending Plaintiff's Motion for Leave to Proceed in forma pauperis be granted and that Plaintiff's Complaint be dismissed. (*See* Doc. 3). The parties were specifically advised of their right to object to the *Report and Recommendation and Order* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation and Order*.

Accordingly, the *Report and Recommendation and Order* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed. The Clerk shall remove Document 3 from the Court's pending motions list and close this case.

      **IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　*/s/ George C. Smith*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　**GEORGE C. SMITH, JUDGE**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**